# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

  v.

JORDAN AARON PORTER,
[DOB: 08/08/2002]

        Defendant.

Case No. 4:26-000367-01-CR-W-SRB

**COUNT ONE:**
**Receipt of Child Pornography Over the Internet**
18 U.S.C. §§ 2252(a)(2) and (b)(1)
NLT: 5 Years Imprisonment
NMT: 20 Years Imprisonment
NMT: $250,000 Fine
NLT: 5 Years of Supervised Release
Class C Felony

**COUNT TWO:**
**Possession of Child Pornography**
18 U.S.C. §§ 2252(a)(4)(B) and (b)(2)
NMT: 20 Years Imprisonment
NMT: $250,000 Fine
NLT: 5 Years of Supervised Release
Class C Felony

**Criminal Forfeiture Allegation**
18 U.S.C § 2253(a)

$100 Mandatory Special Assessment Each Count

## I N D I C T M E N T

THE GRAND JURY CHARGES THAT:

## COUNT ONE
### Receipt of Child Pornography Over the Internet

Between on or about June 30, 2026, and on or about July 5, 2026, the dates being approximate, in the Western District of Missouri and elsewhere, JORDAN AARON PORTER, defendant herein, using any means or facility of interstate or foreign commerce, knowingly received visual depictions, separate and apart from the visual depictions relied upon in Count Two, that had been shipped and transported in or affecting interstate and foreign commerce by any means including by computer, and the visual depictions contained material which had been

shipped and transported in interstate and foreign commerce by any means including by computer; and the production of the visual depictions involved the use of a minor engaging in sexually explicit conduct, and such visual depictions were of such conduct, and attempted to do so, in violation of Title 18, United States Code, Sections 2252(a)(2) and (b)(1).

**COUNT TWO**
**Possession of Child Pornography**

On or about July 15, 2026, the date being approximate, in the Western District of Missouri, JORDAN AARON PORTER, defendant herein, knowingly possessed one or more films, videotapes and other matter which contained one or more visual depictions, separate and apart from the visual depictions relied upon in Count One which involved a prepubescent minor and a minor who had not attained 12 years of age, that had been shipped and transported in or affecting interstate commerce, by any means including by computer, and which were produced using materials which had been shipped and transported in interstate and foreign commerce by any means including by computer; and the production of the visual depictions involved the use of minors engaging in sexually explicit conduct, and were visual depictions of such conduct, and attempted to do so, all in violation of Title 18, United States Code, Sections 2252(a)(4)(B) and (b)(2).

**FORFEITURE ALLEGATION**

The allegations contained in Counts One and Two are realleged and are incorporated by reference herein for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 2253 of: any visual depiction described in Title 18, United States Code, Section 2253, or any film, videotape, or other matter which contains any such visual depiction, which was transported, mailed, shipped, or received in violation of these sections; any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offenses;

2

and any property, real or personal, used or intended to be used to commit or to promote the commission of such offenses; including, but not limited to:

Apple iPhone 15 Pro bearing serial number (S/N) K571XL20NQ

<u>SUBSTITUTE ASSETS</u>

If any of the property described above, as a result of any act or omission of the defendant:

1. cannot be located upon the exercise of due diligence;

2. has been transferred or sold to, or deposited with, a third party;

3. has been placed beyond the jurisdiction of the court;

4. has been substantially diminished in value; or

5. has been commingled with other property which cannot be divided without difficulty,

The United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 2253(b) and by Title 28, United States Code, Section 2461(c).

A TRUE BILL.

Date:  <u>July 29, 2026</u>

*<u>SIGNATURE ON FILE WITH USAO</u>*
FOREPERSON OF THE GRAND JURY

*<u>/s/Teresa A. Moore</u>*
Teresa A. Moore
Assistant United States Attorney

Maureen A. Brackett
Assistant United States Attorney
Western District of Missouri