## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MISSOURI

## CRIMINAL CASE COVER SHEET

**County of Offense / Division of Filing**

Jackson / Western

**Matter to be Sealed**

☐ Secret Indictment
☐ Juvenile

**Defendant Information**

Defendant Name:     Jordan Aaron Porter

Alias Name:

Birth Date:     08/08/2002

**Related Case Information**

Superseding Information/Indictment?     ☐ Yes     ■ No  If yes, original case number:

New Defendant(s)?     ■ Yes     ☐ No

Prior Complaint Case Number, if any:     26-MJ-00150-LMC

Prior Target Letter Case Number, if any:

**U.S. Attorney Information**

**(S)AUSA Brackett, Maureen**

**Interpreter Needed?**

☐ Yes     Language and/or Dialect:

■ No

**Location Status**

Arrest Date:     07/22/2026

■ Currently in Federal Custody
☐ Currently in State Custody
☐ Currently on Bond

**Writ Required?**     ☐ Yes     ■ No

**Warrant Required?**     ☐ Yes     ■ No

**U.S.C. Citations**

Total # of Counts     2

| Set | Index Key & Description of Offense Charged | Count(s) |
|-----|-------------------------------------------|----------|
| 1 | 18:2252A.F ACTIVITIES RELATING TO MATERIAL CONSTITUTING OR CONTAIN | 1 & 2 |
| 2 | 18:2253.F CRIMINAL FORFEITURE IN VIOLATION OF EXPLOITATION OF MINOR | FA1 |
| 3 | | |
| 4 | | |

(May be continued on reverse)

revised: 05/21/2025